UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN BAPTIST SEMINARY OF THE WEST, REV. DESMOND HOFFMEISTER, BEVERLY HOFFMEISTER, SHERWYN HOFFMEISTER, CANDICE HOFFMEISTER, CARMEN HOFFMEISTER,<br><br>　　　　Plaintiffs,<br><br>　　　v.<br><br>DEPARTMENT OF HOMELAND SECURITY, CITIZENSHIP AND IMMIGRATION SERVICE, CALIFORNIA SERVICE CENTER, DONALD W. NEUFELD, DIRECTOR OF THE CALIFORNIA SERVICE CENTER, ADMINISTRATIVE APPEALS OFFICE, ROBERT P. WIEMANN, DIRECTOR OF THE ADMINISTRATIVE APPEALS OFFICE<br><br>　　　　Defendants. | No. C-05-3354 JSW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER |

PLAINTIFFS, American Baptist Seminary of the West, Rev. Desmond Hoffmeister, et al. and DEFENDANTS, Department of Homeland Security, Citizenship and Immigration Service, et al., hereby stipulate to the following:

In exchange for PLAINTIFFS' dismissal of the complaint and a waiver of attorneys fees and costs, DEFENDANTS will reopen administrative proceedings, and reconsider on an expedited basis, the Special Immigrant-Religious Worker Petition (Form I-360), that was filed by the American Baptist Seminary of the West on

behalf of Rev. Desmond Hoffmeister.

The Defendants will also reopen and reconsider, on an expedited basis, each of the beneficiary plaintiffs' pending applications for adjustment of status (Form I-485). To trigger the reopening, the Plaintiffs will file a motion to reopen with the Administrative Appeals Office with any additional evidence the Plaintiffs wish to submit and an argument in support of their motion.

Dated: 3/15/06          Signed: _____
                                Robert B. Jobe
                                Attorney for Plaintiffs

Dated: _____   Signed: _____
                                Edward A. Olsen
                                Attorney for Defendants

[PROPOSED] ORDER

IT IS HEREBY ORDERED that pursuant to the above stipulation of the parties, Plaintiffs' complaint be dismissed.

DATED: March 16, 2006   _____
                        JEFFREY S. WHITE
                        United States District Judge